IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANDREW BURNETT, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:08-CV-04 (CDL) |
| UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY, et al., | * |
| | * |
| Defendants. | * |

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 27, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of June, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE